UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WOODROW FLEMMING,

                          Plaintiff,

    -v-                                      9:13-CV-816
                                          (DNH/RFT)
GERALDINE WILSON, Nurse, Upstate
Correctional Facility,

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

WOODROW FLEMMING
Plainitff, pro se
P.O. Box 146
New York, NY 10039

HON. ERIC T. SCHNEIDERMAN          ADRIENNE J. KERWIN, ESQ.
Attorney General for the State of New York    Ass't Attorney General
Attorney for Defendant
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      Pro se plaintiff Woodrow Flemming brought this action alleging violations of his civil rights pursuant to 42 U.S.C. § 1983. On March 12, 2015, the Honorable Randolph F. Treece, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's amended complaint be dismissed for failure to adequately cure the deficiencies identified in the September 29, 2014, Decision and Order granting plaintiff leave to amend his claim that

defendant Wilson purposefully withheld permission for him to use a walking cane. Plaintiff timely filed objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's amended complaint is DISMISSED in its entirety for failure to state a claim and failure to comply with the September 29, 2014, Decision and Order; and

2. The Clerk serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules, enter judgment accordingly, and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: April 2, 2015
Utica, New York.